RAMSAY TRAVEL, INCORPORATED, et al., Plaintiffs-Appellees, Cross Appellants, *v.* RALPH W. KONDO, Director of Taxation, Defendant-Appellant, Cross Appellee.

No. 5122

July 5, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., and M. DOI, CIRCUIT JUDGE, FOR KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Gary L. Wixom (Bortz, Case, Stack, Kay, Cronin & Clause* of counsel) for the petition.